United States District Court
Southern District of Texas
**ENTERED**
April 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSICA WILLIAMS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-03800 |
| § | |
| KS MANAGEMENT SERVICES, LLC, § | |
| *et al*, § | |
| § | |
| Defendants. | |

## ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
## HELD ON April 11, 2019 at 8:00 AM

Appearances:   Allie R. Booker
               Juliann Hale Panagos

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | April 26, 2019 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | September 1, 2019 |
| Report furnished by: | September 1, 2019 |
| Defendant's experts to be designated by: | October 1, 2019 |
| Report furnished by: | October 1, 2019 |
| Discovery to be completed by: | November 30, 2019 |
| Dispositive motions due by: | December 20, 2019 |
| Docket call to be held at 11:30 AM on: | March 2, 2020 |
| Estimated trial time: 4-5 days | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention.  The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 11th day of April, 2019.

\_Kenneth M. Hoyt
United States District Judge